**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00004-LTB

MOHAMED OSMAN FARAY,

    Plaintiff,

v.

GENELX CORPORATION

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 26, 2012, Plaintiff filed a request to reopen this action.  The request, Doc. No. 6, is DENIED.  The action was dismissed without prejudice on February 15, 2012, for failure to cure deficiencies.  If Plaintiff desires to pursue his claims he must do so by initiating a new action.

Dated:  March 28, 2012,